IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GERMAINE R. RUDDICK,**

    **Plaintiff,**

v.                                                                  Case No. 4:24-cv-262-AW-MJF

**FLORIDA DEPARTMENT OF
CORRECTIONS and LEON COUNTY
BOARD OF COUNTY COMMISSIONS,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Germaine Ruddick, a pro se prisoner, initiated this action with a complaint and a motion for leave to proceed *in forma pauperis*. ECF Nos. 1, 2. The magistrate judge has determined Ruddick is a three-striker. ECF No. 4; *see also Ruddick v. Stevens*, Case No. 3:17cv914 (N.D. Fla. 2018) (order from this court adopting report and recommendation that concluded Ruddick was a three-striker). The magistrate judge further concluded that the case is subject to dismissal because Ruddick has neither paid the filing fee nor shown he is in "imminent danger of serious physical injury." ECF No. 4. Ruddick has not objected to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 4) and incorporate it into this order. The motion for leave to proceed *in forma pauperis* (ECF No. 2) is DENIED. The clerk will enter a

judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee." The clerk will then close the file.

SO ORDERED on September 9, 2024.

s/ *Allen Winsor*  
United States District Judge